# ROBINSON & COLE LLP

05 CV 4338
(ARR)

MICHAEL B. GOLDEN

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
mgolden@rc.com
Direct (212) 451-2911

December 23, 2005

*Via email gormane@fcllp.com and Regular mail*

Elizabeth Gorman, Esq.
Fabiani & Cohen, LLP
570 Lexington Avenue
New York, New York 10022

*[Handwritten annotation: Respectfully referred to Judge Gold for discussion at the scheduled conference on Jan. 17, 2006. So ordered. 12/29/05 cc: Counsel Judge Gold /JSR]*

Re: **Our Client: Pacific Insurance Company**
**Insured: Rutledge Street Mini Market, Inc.**
**Location: 96-98 Rutledge Street, Brooklyn, NY**
**Date of Loss: 10/30/2003**
**Pacific Claim #: 3055678-57**

---

**Arch Specialty Insurance Company**
**Arch's Insured: A.G. Consulting and/or ABGG Construction Corp.**
**Arch's Policy No.: 12DCP1439700 (10/4/03 – 10/4/04)**
**Arch's claim No.: 129351**

---

**Fabiani & Cohen's file no: 747.33472**

Dear Ms. Gorman:

We acknowledge receipt of your December 22, 2005 which you sent to us by email requesting that we stipulate to withdraw our motion.

We cannot agree to do so. We provided the defendant, your law firm and defendant's insurance carrier numerous opportunities to timely answer the complaint. We have received no reasonable explanation as to why they have not done so.

*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

*www.rc.com*

NEWY1-625325-1

     I will be on vacation over the next two weeks. Kindly direct any correspondence to Katherine Glynn. If you serve any papers in this case, kindly send them to her attention.

                                        Very truly yours,

                                        Michael B. Golden

MBG/kc

cc:    Honorable Allyne R. Ross
       Katherine Glynn, Esq.