UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
PACIFIC INSURANCE COMPANY, LIMITED                               :
a/s/o RUTLEDGE STREET MINI MARKET, INC.,                         :   Case No. 05 Civ. 4338 (ARR)
                                                                 :
              Plaintiff,                                     :   **DEFAULT JUDGMENT**
                                                                 :
    -against-                                                   :
                                                                 :
ABGG CONSTRUCTION INC.,                                          :
                                                                 :
              Defendant.                                     :
---------------------------------------------------------------- x

      This action having been commenced on September 14, 2005 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon the defendant ABGG Construction Inc. on September 27, 2005, and proof of service upon defendant ABGG Construction Inc. having been filed on October 3, 2005, and the time for the defendant to appear, answer, or raise an objection to the complaint having expired, and defendant not having appeared, answered, or raised an objection to the complaint, it is,

      ORDERED, ADJUDGED AND DECREED, that the plaintiff have judgment against defendant ABGG Construction Inc., whose address is 295 Hayward Street, Brooklyn, New York 11206, for the liquidated amount of $184,529.53, plus interest at 9% from October 30, 2003, the date of the loss, to December 6, 2005 in the amount of $34,876.05, plus costs and disbursements of this action in the amount of $353.00, amounting in all to $219,758.58, and that judgment be entered therefor.

NEWY1-626898-1

Dated: Brooklyn, New York
~~December ___, 2005~~
January 11, 2006

~~U.S.D.J.~~  Robert C. Heinemann
Clerk of Court

~~This document was entered on the docket on ___~~