UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

PACIFIC INSURANCE COMPANY, LIMITED
*a/s/o Rutledge Street Mini Market, Inc.,*

Plaintiff,

-against-

ABGG CONSTRUCTION INC.,

Defendant.

----------------------------------------------------------------X

VACATUR OF JUDGMENT
05-CV- 4338 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 2 5 2006
TIME A.M. P.M.

An Order of Honorable Steven M. Gold, United States Magistrate Judge, having been filed on January 17, 2006, vacating the default judgment previously entered by the Clerk of Court on January 11, 2006; and directing the Clerk of Court to re-open the case; it is

ORDERED and ADJUDGED that the default judgment previously entered by the Clerk of Court on January 11, 2006 is vacated; and that the case is re-opened.

Dated: Brooklyn, New York
January 20, 2006

ROBERT C. HEINEMANN
Clerk of Court